No. 69. KANE, TRUSTEE IN BANKRUPTCY, ET AL. v. POT-TORFF, RECEIVER, ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. W. H. Fryer* for petitioners. No appearance for respondents.

No. 70. FARNUM v. PUBLIC UTILITIES COMMISSION OF RHODE ISLAND. October 10, 1932. Petition for writ of certiorari to the Supreme Court of Rhode Island denied. *Mr. David Weiner* for petitioner. *Mr. Sigmund W. Fischer, Jr.,* for respondent.

No. 71. McMULLIN v. GRAEBER ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Bentley M. McMullin, pro se.* No appearance for respondents.

No. 72. McMULLIN v. MARTIN. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Bentley M. Mc-Mullin, pro se.* No appearance for respondent.

No. 73. LIBERTY NATIONAL CO. v. COMMISSIONER OF IN-TERNAL REVENUE. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Charles F. Miller* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent.